# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ROTOMI A. OWOH,<br><br>*Debtor*<br><br>---<br><br>ROTOMI A. OWOH,<br><br>*Appellant,*<br><br>v.<br><br>RAVENS CREST CONDO EAST ASSOCIATION, *et al.*,<br><br>*Appellee.* | Civil Action No.: 18-cv-11281 (PGS)<br><br>**MEMORANDUM AND ORDER** |

**SHERIDAN, U.S.D.J.**

**WHEREAS** on June 29, 2018, a notice of appeal was filed from two orders of the Bankruptcy Court dated May 15, 2018, entitled, "Order Denying Motion or Application for the Entry of an Order to Reopen Case," and June 12, 2018, entitled "Order Denying Motion or Application for the Entry of an Order to Reconsider";

**WHEREAS** the appellant has not filed a designation of contents of record and statement of issues pursuant to the provisions of Bankruptcy Rule 8009, nor has applied for an extension of time to do so, and that the time for filing same has expired;

**WHEREAS** this Court filed a notice on the docket on March 29, 2019, which indicated that it would dismiss this action if appellant failed to file a designation of contents of record and statement of issues within fourteen days;

**IT IS**, on this 24 day of April, 2019,

**ORDERED** that the Notice of Appeal in this matter be and is hereby dismissed under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

                                                                                         _____
                                                                                         PETER G. SHERIDAN, U.S.D.J.